```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13424
    VICTOR OSAQUE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4688


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/26/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/14/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AARONS SALES               SECURED              .00            .00            .00
GMAC RESCAP LLC            CURRENT MORTG        .00            .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE        .00            .00            .00
MONTEREY FINANCIAL         SECURED           855.00            .00         100.68
AFNI INC                   UNSECURED     NOT FILED             .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        396.35             .00            .00
ASSET ACCEPTANCE LLC       UNSECURED       2658.50             .00            .00
BALLYS TOTAL FITNESS ~     UNSECURED     NOT FILED             .00            .00
CBA COLLECTION BUREAU      UNSECURED     NOT FILED             .00            .00
CREDIT MANAGEMENT INC      UNSECURED     NOT FILED             .00            .00
F&W LLC                    UNSECURED     NOT FILED             .00            .00
F&W LLC                    UNSECURED     NOT FILED             .00            .00
FID INFO CORP              UNSECURED     NOT FILED             .00            .00
PREMIER BANCARD CHARTER    UNSECURED        500.85             .00            .00
FIRST BANK OF MARIN        UNSECURED     NOT FILED             .00            .00
HARRIS & HARRIS            UNSECURED     NOT FILED             .00            .00
VATIV RECOVERY SOLUTIONS   UNSECURED       1020.12             .00            .00
ICS INC                    UNSECURED     NOT FILED             .00            .00
MAGNA BK-ILL               UNSECURED     NOT FILED             .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED     NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       1364.29             .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED     NOT FILED             .00            .00
NCO FIN/99                 UNSECURED     NOT FILED             .00            .00
PALISADES COLLECTIONS      UNSECURED     NOT FILED             .00            .00
PELLETTIERI & ASSOC        UNSECURED     NOT FILED             .00            .00
PELLETTIERI & ASSOC        UNSECURED     NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       3147.51             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED             .00            .00
STUART ALLAN & ASSOC       UNSECURED        379.68             .00            .00
RESCAP MORTGAGE            NOTICE ONLY   NOT FILED             .00            .00
FORD MOTOR CREDIT COMPAN   UNSECURED       8306.69             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13424 VICTOR OSAQUE
```

```
JEFFERSON CAPITAL SYSTEM  UNSECURED      820.77           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED      310.43           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED      223.46           .00            .00
LITTLE COMPANY HOSPITAL   UNSECURED      580.00           .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY  2,873.00                       330.82
TOM VAUGHN                TRUSTEE                                      29.50
DEBTOR REFUND             REFUND                                         .00
```

         Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
    ---------------------------------------------------------------------
    TRUSTEE              461.00

    PRIORITY                                   .00
    SECURED                                 100.68
    UNSECURED                                  .00
    ADMINISTRATIVE                          330.82
    TRUSTEE COMPENSATION                     29.50
    DEBTOR REFUND                              .00
                        ---------------    ---------------
    TOTALS               461.00             461.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 02/27/08            _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 07 B 13424 VICTOR OSAQUE